185 So. 919

**Felton BUTTS v. STATE.**
6 Div. 437.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.